UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT PURCELL,<br><br>                    Plaintiff,<br><br>    v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>                    Defendants. | Case No.  3:23-cv-04927-JD<br><br>**ORDER TO SHOW CAUSE** |

On January 11, 2023, the Court held a regularly noticed case management conference and motion hearing in this case. Counsel for defendant Chubb Group Holdings, Inc. and Chubb INA Holdings, Inc. (Chubb) did not appear at the conference. The absence was unexcused. Chubb also did not participate in the joint case management statement required by Civil Local Rule 16-9(a) and the Court's standing orders. This was also unexcused.

These defaults unduly burden the Court and the other parties, and needlessly multiply the proceedings in this case. Chubb's counsel of record, Jerome Phillip Doctors, is directed to show cause in writing why the Court should not impose professional conduct sanctions on him, and a monetary sanction on Chubb. Attorney Doctors is advised that the Court will not accept the excuse that Chubb's lapses were warranted by a motion to dismiss for lack of jurisdiction. That is not a basis for flouting the District's Local Rules and the Court's standing orders. A response to this order must be filed by January 26, 2024.

**IT IS SO ORDERED.**

Dated: January 16, 2024

JAMES DONATO
United States District Judge